

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00396-CV

**IN THE INTEREST OF J.A.**, C.A. and C.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-01961
Honorable Martha Tanner, Judge Presiding

Opinion by:    Catherine Stone, Chief Justice

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

Delivered and Filed:  December 21, 2012

AFFIRMED

This is an appeal from the trial court's order terminating appellant's parental rights to two of her children.   Appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.  Counsel concludes that the appeal is frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights) (mem. op.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, order) (same).

Counsel certified that a copy of his brief was delivered to appellant who was advised of her right to examine the record and to file a *pro se* brief.  No *pro se* brief has been filed.  After

reviewing the record, we agree that the appeal is frivolous and without merit. The order of the trial court is affirmed, and counsel's motion to withdraw is granted.

Catherine Stone, Chief Justice